FILED
2023 Mar-14 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT

for the

Northern District of B, hmam, AL

RECEIVED
U.S. DISTRICT COURT
N.D. OF ALABAMA

_________ Division

Pro se

Thomas Gaddis

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Glenn, Sisk CEO, President

Amy price Chief, Nursing Officer

Roland Thacker chief, officer

Christy Knowles, Chief Human Resources Officer

This Lawsuit Is Against Coosa Valley

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:23cv310 SGC

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Thomas Gaddis
Address: 18 Sadie Home
Childersburg, Al 35044
City State Zip Code
County: Talladega
Telephone Number: 256.872.1830
E-Mail Address: none

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Glenn Sisk
Job or Title *(if known)*: CEO, President
Address: 315 W. Hickory St
Sylacauga Al 35150
City State Zip Code
County: Talladega
Telephone Number: Unknown
E-Mail Address *(if known)*: Unknown

☐ Individual capacity ☑ Official capacity

Defendant No. 2
Name: Amy Pyle Chief Nursing Officer
Job or Title *(if known)*: Chief Nursing Officer
Address: 315 W. Hickory St
Sylacauga Al 35150
City State Zip Code
County: Talladega
Telephone Number: Unknown
E-Mail Address *(if known)*: Unknown

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Roland Thacker
Job or Title *(if known)*: Chief, Officer
Address: 315 W. Hickory St
Sylacauga, Al 35150
City State Zip Code
County: Talladega
Telephone Number: Unknown
E-Mail Address *(if known)*: Unknown

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Christy Knowles
Job or Title *(if known)*: Human Resources, Officer
Address: 315 W. Hickory St
Sylacauga, Al 35150
City State Zip Code
County: Talladega
Telephone Number: Unknown
E-Mail Address *(if known)*: Unknown

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Under the United States Constitution of the 14th Amendment Under the Equal protections Clauses'

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Doctors And All nurses on October 14. 2022 denied plaintiff Medical, treatmant

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Sylacauga Al. At Coosa Valley Medical Center

B. What date and approximate time did the events giving rise to your claim(s) occur?

From. 7 oclock pm until 10, oclock pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All Doctor, And nurses That work on 10-14 2022 denied plaintiff, Medical Treatment Willfull, Intentional And deliberate, The Records will Reflected, they showed deliberately Indifference,

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. MENTAL ILLNESS MENTAL ANGUISH. EMOTIONAL HARM distress, PAIN AND SUFFERING ANXIETY Grief, Depression, Humiliamtion, Terror ordeal, INCONVENIENCE, NERVOUSNESS

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The COOSA VALLEY hospital, AND The NAME, defendants Herein, Is being suited For. 25, millions Dollars For All the INJURIES, damages CAUSE Herein,

BASIS, FOR theses, CLAIMS

The Leders OF COOSA VALLEY. AS polices makers, shouldnot had Doctor's, nurses That will denied Citizen Medical, treatment AS theses Doctors, Nurses has done. Therefore this hospital, should Be held Reliable, COOASA VALLEY hospital, Imposed dEliberately INdifference, upon the plaintiff.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Fed 20, 2023

Signature of Plaintiff: Thomas Gaddis

Printed Name of Plaintiff: THOMAS GADDIS

### B. For Attorneys

Date of signing: ✓

Signature of Attorney: ✓

Printed Name of Attorney: ✓

Bar Number: ✓

Name of Law Firm: ✓

Address: ✓

✓

City State Zip Code

Telephone Number: ✓

E-mail Address: ✓

Print Save As... Add Attachment Reset